UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Brian K. Willis, *et al.*, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No.: 5:20-cv-00060-FL |
| Ford Motor Company, | : | |
| Defendant. | : | |

## **ORDER**

This matter comes before the Court on the Parties' Joint Motion for Stay. For the reasons stated in the Parties' Joint Motion and for good cause shown, the motion is GRANTED. This matter is hereby stayed for a period of ninety (90) days.

SO ORDERED, this 15th day of April, 2020.

*/s/ Louise W. Flanagan*

The Honorable Louise W. Flanagan
United States District Judge